# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL L. MILLER,

    Plaintiff,

v.                                                       Civ. No. 14-503 JCH/GBW

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On May 27, 2014, Plaintiff filed a Complaint in this Court seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* Following a stipulated remand to Defendant for further administrative action in January 2015, the case was reopened on February 24, 2017. *Docs. 22, 23, 26, 30.*

On July 12, 2017, Plaintiff filed a Motion to Remand to Agency or Reverse (*doc. 42*) the Social Security Administration's adverse decision that Plaintiff's disability and entitlement to benefits ended in January 2011. That motion was fully briefed on September 27, 2017. *See docs. 42, 44, 45.* On January 29, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended denying Plaintiff's Motion and affirming the Commissioner's decision.

*Doc. 46*. Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 46*), is ADOPTED. Plaintiff's motion is DENIED and this case is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

_____
Honorable Judith C. Herrera
United States District Court Judge